■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
DERRICK R. WILLIAMS, JR., Appellant. [60 NYS3d 912]—The case
is held, the decision is reserved, the motion to relieve counsel
of assignment is granted and new counsel is to be assigned.
Memorandum: Defendant was convicted upon his guilty plea of
criminal possession of a controlled substance in the fourth
degree (Penal Law § 220.09 [1]). Defendant's assigned appel-
late counsel has moved to be relieved of the assignment pursu-
ant to *People v Crawford* (71 AD2d 38 [1979]). Upon our review
of the record, we conclude that there is a nonfrivolous issue as
to whether defendant's plea was knowing, voluntary and intel-
ligent (*see People v Cornell*, 16 NY3d 801, 802 [2011]).
Therefore, we relieve counsel of his assignment and assign new
counsel to brief this issue, as well as any other issues that
counsel's review of the record may disclose. (Appeal from a
Judgment of the Oswego County Court, Spencer J. Ludington,
J.—Criminal Possession of a Controlled Substance, 4th

Degree). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.